**MEMO ENDORSED**



# STEIN | SAKS, PLLC

Eliyahu R. Babad, Esq.
One University Plaza | Suite 620
Hackensack, NJ 07601
(201) 282-6500 ext. 121
EBabad@SteinSaksLegal.com
Admitted in NY & NJ

June 10, 2022

Hon. Nelson Romàn
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

      **Re:**    David Braun v. Equifax Information Services, LLC et al.;
      **Case No.:** 7:21-cv-05702-NSR-AEK

Dear Judge Romàn,

This firm represents Plaintiff in the above-referenced matter. There is currently a case management conference scheduled for June 15,2022 at 10:00 am in this case. Plaintiff writes to request that this date be rescheduled.

The parties have not previously requested an adjournment of this date. The reason for the adjournment is that discovery is not yet completed. The only remaining Defendant has only answered recently, has not yet responded to discovery demands, and the discovery deadline has been extended by Magistrate Judge Krause to September 23, 2022.

The parties mutually suggest September 29, 30 or October 6 for the adjournment conference. Defendant joins in this request, and consents to an adjournment and to the proposed alternative conference dates.

We thank the Court for its kind courtesies and consideration.

                    Sincerely,
                    s/ *Eliyahu Babad*

Pltf's request to adjourn the telephonic Case Mgmt. Conf. from June 15, 2022 until Sept. 30, 2022 at 12 noon is GRANTED with Deft's consent. Counsel are directed to ECF No. 36 for the dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 62.
Dated: White Plains, NY
        June 13, 2022

**SO ORDERED:**

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2022