

Eliyahu R. Babad, Esq.
One University Plaza | Suite 620
Hackensack, NJ 07601
(201) 282-6500 ext. 121
EBabad@SteinSaksLegal.com
Admitted in NY & NJ

June 23, 2022

Hon. Andrew E. Krause
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      RE:    David Braun v. Equifax Information Services LLC et al.
               Case No.: 7:21-cv-05702-NSR-AEK

Dear Judge Krause,

    This firm represents Plaintiff in the above-referenced matter and request an informal conference with the Court to resolve a discovery dispute.

    Plaintiff served discovery demands on Defendant Dovenmuehle Mortgage, Inc. (DMI) on April 13, 2022. After a number of extensions and requests for more time, and multiple emails every few days since the responses were due as well as some phonecalls, DMI's responses are well overdue.

    I have tried to wait to bring the instant request for a pre-motion conference to resolve a discovery dispute because DMI's counsel has had, and continues to have, a number of personal crises that he is dealing with for different family members. However, with discovery deadlines soon approaching, I could not let this linger. I would be amenable to giving opposing counsel more time if necessary, so long as the various case deadlines are extended and so long as we get a firm date for final discovery responses.

    We thank the Court for its kind courtesy and consideration.

                                                        Sincerely,
                                                       s/ *Eliyahu Babad*

---

Counsel for Dovenmuehle Mortgage, Inc. is directed to respond to this letter by June 28, 2022.

Dated: June 24, 2022

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge